# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JENNY SHIPTOSKI, et al.,        :
                                 :
         **Plaintiffs,**     :
    **v.**                        :     **3:16-CV-01216**
                                 :     **(JUDGE MARIANI)**
SMG GROUP, LLC,         :
                                 :
        **Defendant.**    :

## ORDER

**AND NOW, THIS** _11th_ **DAY OF OCTOBER, 2018,** upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 91) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 91) is **ADOPTED** for the reasons set forth therein.

2. Defendant SMG Group, LLC's Motion to Transfer Venue to the Eastern District of Pennsylvania Pursuant to 28 U.S.C. § 1404(a) (Doc. 85) is **DENIED**.

Robert D. Mariani
United States District Judge